IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00667-WDM-CBS
*(consolidated with Civil Action No. 04-cv-02507-WYD-CBS)*

WESTERN SLOPE INDUSTRIES, INC., a Colorado corporation,
    Plaintiff,
v.

LINE-TEXT INTERNATIONAL, INC., a California corporation,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on June 28, 2005 for a Scheduling and Planning Conference pursuant to the Order of Reference to Magistrate Judge dated March 31, 2005. At the Scheduling Conference, the parties indicated that they have stipulated to dismiss the claims originally brought in Civil Action No. 04-cv-00667-WDM-CBS and to proceed with the claims and parties as originally brought in Civil Action No. 04-cv-02507-WYD-CBS.

    Pursuant to D.C. COLO. LCivR 42.1 of the Local Rules for the United States District Court for the District of Colorado, "[c]ases consolidated shall be assigned for all further purposes to the judicial officer to whom the lowest numbered consolidated case previously was assigned for trial." Thus, this case shall proceed as Civil Action

No. 04-cv-00667-WDM-CBS.  The parties have also agreed on the record to withdraw all requests for entry of default and to proceed on the merits of the case.  (*See* Answer and Counterclaim filed April 14, 2005 (doc. # 43)).

Accordingly, IT IS ORDERED:

1. **On or before July 8, 2005**, the parties shall file a stipulated Motion to Dismiss any and all claims originally raised in 04-cv-00667-WDM-CBS.

2. As the parties have agreed on the record to withdraw all requests for entry of default and to proceed on the merits of the case and an Answer and Counterclaim were filed on April 14, 2005, **any and all entries of default (docs. # 32 and # 8) are hereby set aside**.

3. **On or before July 8, 2005**, the parties shall submit a proposed corrected Scheduling Order addressing all remaining claims and counterclaims.  **The case shall proceed under Civil Action No. 04-cv-00667-WDM-CBS with the case caption and the parties realigned as follows:**

> **Civil Action No. 04-cv-00667-WDM-CBS**
> *(consolidated with Civil Action No. 04-cv-02507-WYD-CBS)*
>
> **LINE-TEXT INTERNATIONAL, a California partnership, and**
> **EMPAQUES PLEGADIZOS MODERNOS S.A. de C.V., a Mexican corporation,**
>    **Plaintiffs and Counterclaim Defendants,**
> **v.**
>
> **WESTERN SLOPE INDUSTRIES, INC., a Colorado corporation,**
>    **Defendant and Counterclaimant.**

DATED at Denver, Colorado this 29th day of June, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge