IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-667-WDM-CBS
(consolidated with Civil Action No. 04-cv-2507-WDM-CBS)

LINE-TEXT INTERNATIONAL, a California partnership, and
EMPAQUES PLEGADIZOS MODERNOS S.A. de C.V., a Mexican corporation,

    Plaintiffs and Counterclaim Defendants,

v.

WESTERN SLOPE INDUSTRIES, INC., a Colorado corporation,

    Defendant and Counterclaimant.

---

## ORDER DENYING MOTION TO DISMISS

Miller, J.

On June 30, 2005, Magistrate Judge Craig B. Shaffer entered an order finding that, at the June 28 Scheduling Conference, the parties represented that they had stipulated to dismiss the claims originally brought in Civil Action No. 04-cv-667-WDM-CBS.  This case will proceed on the merits of the claims from the consolidated case, Civil Action No. 04-cv-2507-WDM-CBS.[1]  Given the stipulation to dismiss the claims from 04-cv-667-WDM-CBS (and the agreement to proceed on the merits of the consolidated case), I find that the motion to dismiss those claims, filed July 26, 2004, is now moot.

---

[1]     In his order, Magistrate Judge Shaffer sets forth the new caption, realigning the parties to indicate their status with regard to the remaining claims.  The order erroneously states that the consolidated case is 04-cv-2507-**WYD**-CBS.  The correct case number is 04-cv-2507-**WDM**-CBS, as the consolidated case was reassigned to me when I consolidated the cases in December 2004.
    The parties shall use the correct case number on all future filings.

Accordingly, it is ordered that the motion to dismiss, filed July 26, 2004, (Docket No. 13) is denied as moot.

DATED at Denver, Colorado, on July 12, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge