IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00667-WDM-CBS (consolidated with 04-cv-02507-WDM-CBS)

LINE-TEXT INTERNATIONAL AND
EMPAQUES PLEGADIZOS MODERNOS SA DE C.V.

    Plaintiffs,

v.

WESTERN SLOPE INDUSTRIES, INC.,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

    The court takes notice of Western Slope Industries, Inc.'s Notice of Dismissal of Complaint filed July 7, 2005 dismissing the claims originally brought under 04-cv-00667-WDM-CBS (prior to consolidation).  The result is that the case proceeds only as to the claims originally filed in Case No. 04-cv-02507-WYD-CBS which is now consolidated as Case No. 04-cv-02507-WDM-CBS.

    DATED at Denver, Colorado, on July 13, 2005.

                                                 BY THE COURT:

                                                 /s/ Walker D. Miller
                                                 United States District Judge

PDF FINAL